UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATHY NIXON,

    Plaintiff,

v.                                                                                                     Case No. 2:25-cv-604-TPB-CPT

DONALD JOHN TRUMP, et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE AS FRIVOLOUS

    This matter is before the Court on Plaintiff Kathy Nixon's complaint, filed on July 10, 2025. (Doc. 1). The case was reassigned to the undersigned after a judge in the Fort Myers Division recused himself and directed that the case be reassigned to a judge in the Tampa Division. (Doc. 4). After review of the complaint, court file, and record, the Court finds as follows:

    In her 197-page complaint, Plaintiff sues **779** defendants, including the President of the United States, each of the United States Supreme Court justices, 89 other judges, and numerous agencies, entities, government officials, lawyers, and individuals based on their purported involvement in some sort of vast RICO human trafficking conspiracy. Plaintiff's complaint is incomprehensible, and her theories are "utterly frivolous, patently ludicrous, and a waste of . . . the court's time, which is being paid by hard-earned tax dollars." *See Young v. PNC Bank, N.A.*, No. 3:16cv298/RV/EMT, 2018 WL 1251920, at *2 (N.D. Fla. Mar. 12, 2018) (citing *Roach v. Arrisi*, No. 8:15-cv-2547-T-33AEP, 2016 WL 8943290, at *2 (M.D. Fla. Jan. 7,

2016)). This case is patently frivolous and due to be dismissed, without leave to amend.

**Plaintiff is warned that if she continues to file frivolous cases of this nature in this Court, she may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.**

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Plaintiff Kathy Nixon's complaint (Doc. 1) is **DISMISSED AS FRIVOLOUS**, without leave to amend.

2. The Clerk of Court is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 13th day of August, 2025.

*[signature]*

TOM BARBER
UNITED STATES DISTRICT JUDGE